UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:15-cv-24528-UU

CARLOS ALVAREZ,

    Plaintiff,

v.

AMERICAN CONSTRUCTION SERVICES, INC., *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE is before the Court upon Parties' Joint Motion for Approval of Settlement and for Dismissal of this Action with Prejudice. D.E. 23.

THE COURT has considered the Motion, the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that Parties' Joint Motion (D.E. 23) is GRANTED. The Court hereby approves the Proposed Settlement Agreement (D.E. 23-1). This action is DISMISSED WITH PREJUDICE.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th__ day of February, 2016.

                                                                     _/s/ Ursula Ungaro_____

                                                                UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf